UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:19-cv-00264

———

**Nicholas Nahrue Jones,**
*Plaintiff,*

v.

**Sheriff Maxey Cerliano,**
*Defendant.*

———

Before BARKER, *District Judge*

———

## ORDER

Plaintiff filed this lawsuit on June 17, 2019, claiming violations of his civil rights actionable under 42 U.S.C. § 1983. Doc. 9. The case was referred to United States Magistrate Judge K. Nicole Mitchell for all pretrial proceedings. *See* Doc. 3. Defendant filed the instant motion for summary judgement on April 1, 2020. Doc. 24.

On June 22, 2020, the magistrate judge issued a report and recommendation. Doc. 25. The magistrate judge recommended that the court grant defendant's motion for summary judgment and dismiss the lawsuit with prejudice. *Id*. The plaintiff received a copy of this report on June 29, 2020 and did not file any objections. *See* Doc. 26. Thus, the court reviews the magistrate judge's report and recommendation only for clear error. *See United States v. Dallas Area Rapid Transit*, 96 F.3d 1445, 1996 (5th Cir. 1996).

Upon review, the court is satisfied that the report contains no clear error. Accordingly, the court **adopts** the magistrate judge's recommendation. The defendant's motion for summary judgement is **granted**, and plaintiff's claims are **dismissed** with prejudice.

*So ordered by the court on September 29, 2020.*

J. CAMPBELL BARKER
United States District Judge